■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL E. GALLE, Appellant.—Judgment unanimously affirmed. Memorandum: Viewing the evidence in the light most favorable to the People *(see, People v Contes,* 60 NY2d 620, 621), we conclude that the evidence provided a valid line of reasoning to support the jury verdict *(see, People v Bleakley,* 69 NY2d 490, 495). (Appeal from judgment of Wayne County Court, Parenti, J.—criminally negligent homicide; criminal injection of drug.) Present—Dillon, P. J., Callahan, Green, Pine and Davis, JJ.